UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**FILED**

NOV - 6 2014

Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

NML CAPITAL, LTD.,

Plaintiff,

v.

THE REPUBLIC OF ARGENTINA,

Defendant.

Case No. 14-mc-01237 (RCL)

## ORDER

Upon consideration of plaintiff NML Capital, Ltd.'s Emergency Motion to Compel Compliance with Subpoena, the Opposition, and Reply thereto, the record herein, and the applicable law, it is hereby

**ORDERED** that the motion is **DENIED**. There is no reason that NML cannot gain access to the witness after he returns to Argentina. All of the draconian measures requested by NML are unwarranted and unnecessary.

**SO ORDERED.**

_____
Judge Royce C. Lamberth
U.S. District Judge

Date: November 6, 2014